### J. H. CALLOWAY v. B. M. BALDWIN.

(No. 1397, Op. Book No. 3, p. 589.)

ERROR from Harrison County. Opinion by HURT, J.

§ **591.** *Limitation; verbal promise to pay a barred debt will not defeat the statute of.* A verbal promise to pay a debt barred by the statute of limitation will not defeat a plea of the statute of limitation. To have this effect, such a promise must be in writing. [R. S. 3219.]

§ **592.** *Bankruptcy; verbal promise to pay debt discharged by, is valid.* A verbal promise to pay a debt which has been discharged in bankruptcy, made by the bankrupt after his discharge, is a valid promise, and can be enforced. [4 Rawle, 452; 14 Johnson, 178; 12 N. Y. 637; 3 Am. Rep. 135–138; 3 Am. Dec. 45; 27 Am. Dec. 454; 13 Am. Rep. 543; 61 Mass. 482; 8 Humph. 510; 28 Miss. 702; 16 Ala. 261.]

§ **593.** *Bankruptcy will suspend limitation, when, etc.* If a creditor filed his claim with the register in bankruptcy, this would suspend limitation during the pendency of the bankruptcy, but where he did not so file his claim, the bankrupt proceeding did not interrupt the running of limitation. [Wofford v. Unger, 53 Tex. 634.]

November 18, 1882.　　Reversed and remanded.